No. 10-1382. **John E. Reardon, Petitioner v. Mr. Leason, et al.**

565 U.S. 818, 132 S. Ct. 102, 181 L. Ed. 2d 29, 2011 U.S. LEXIS 6946.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 408 Fed. Appx. 551.